IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-310-D |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF ST. LOUIS, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-322-D |
| | ) | |
| v. | ) | |
| | ) | |
| ALL PAST TO PRESENT MAYORS, | ) | |
| ALL MOTHERS AND FATHERS OF THE | ) | |
| PAST TO THE PRESENT, ALL SURVIVORS | ) | |
| OF THE PAST TO THE PRESENT, and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-335-D |
| | ) | |
| v. | ) | |
| | ) | |
| DYLANN ROOF, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-336-D |
| | ) | |
| v. | ) | |
| | ) | |
| DYLANN ROOF, ERIC HOLT, HOLT AND WHITE, G.O.P. REPUBLICANS, UNITED STATES HOUSE OF REPRESENTATIVES, THE COUNTRY OF GERMANY, and THE AMERICAN COLLEGE DICTIONARY, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-337-D |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL CRIMINAL COURT (1946), INTERNATIONAL PEACE COURT (1946), and KKK, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-341-D |
| | ) | |
| v. | ) | |
| | ) | |
| THE SOUTH CAROLINA HATE, and INCLUDING THE CHIEF OF POLICE, | ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-342-D |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL CRIMINAL COURT (1946), INTERNATIONAL PEACE COURT, and NARCOTIC AGENTS (1972), | ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-356-D |
| | ) | |
| v. | ) | |
| | ) | |
| CHIEF OF POLICE, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-409-D |
| | ) | |
| v. | ) | |
| | ) | |
| 7TH DISTRICT, D.C. METROPOLITAN, POLICE DEPARTMENTS, and D.C. COUNCIL, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-412-D |
| | ) | |
| v. | ) | |
| | ) | |
| THE INTERNATIONAL CRIMINAL COURT - 1946 - (HAGUE, GERMANY), and THE INTERNATIONAL PEACE COURT - 1946 (HAGUE, GERMANY), | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-413-D |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-416-D |
| | ) | |
| v. | ) | |
| | ) | |
| THE STATE OF VIRGINIA, and NARCOTIC AGENTS (1972), | ) ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-440-D |
| | ) | |
| v. | ) | |
| | ) | |
| THE CENTER OF THE WORLD, and UNITED STATES OF AMERICA, | ) ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| TYRONE HURT,                              )<br>                                           )<br>            Plaintiff,                    )<br>                                           )<br>    v.                                     )<br>                                           )<br>UNITED STATES OF AMERICA,                  )<br>                                           )<br>            Defendant.                    ) | No. 5:15-CV-469-D |
| TYRONE HURT,                              )<br>                                           )<br>            Plaintiff,                    )<br>                                           )<br>    v.                                     )<br>                                           )<br>THE AMERICAN CIVIL LIBERTIES UNION,        )<br>                                           )<br>            Defendant.                    ) | No. 5:15-CV-470-D |
| TYRONE HURT,                              )<br>                                           )<br>            Plaintiff,                    )<br>                                           )<br>    v.                                     )<br>                                           )<br>U.S. CONSTITUTION, DR. REV. MARTIN         )<br>LUTHER KING, JR., INTERNATIONAL            )<br>CRIMINAL COURT, INTERNATIONAL              )<br>PEACE COURT, AMERICAN PEOPLE, and          )<br>UNITED STATES OF AMERICA,                  )<br>                                           )<br>            Defendants.                   ) | No. 5:15-CV-487-D |

# JUDGMENT

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES these actions as frivolous. The clerk shall close the cases.

5

**This Judgment Filed and Entered on September 23, 2015, and Copies To:**
Tyrone Hurt          (via US Mail, 422 Chesapeake St. SE, Apt. 33, Washington, DC 20032)


DATE                                    **JULIE RICHARDS JOHNSTON, CLERK**
September 23, 2015                      By: /s/ Crystal Jenkins
                                        Deputy Clerk